UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 12-11873-RGS

RICHARD THOMAS JOHNSON, JR.

v.

COMMONWEALTH OF MASSACHUSETTS, et al.

PROCEDURAL ORDER

December 3, 2012

STEARNS, D.J.

On October 5, 2012, Richard Thomas Johnson, Jr. filed a complaint accompanied by an Application to Proceed Without Prepayment of Fees.  By Memorandum and Order dated November 2, 2012, the Court granted Johnson's Application and advised him that if he wishes to pursue this action, he must, within thirty-five (35) days of the date of the Memorandum and Order, file an Amended Complaint.  The order was mailed to plaintiff at a Plymouth address that he had provided on the Civil Category Form.

Mr. Johnson has sent an email to several court employees, and others, stating that his new address is 28 B Peck Street, Attleboro, MA 02703.  The Court will direct the clerk to update the docket with Mr. Johnson's current address and to mail Mr. Johnson a copy of the November 2, 2012 Memorandum and Order.  Because Mr. Johnson does not appear to have received the Court's November 2, 2012 Memorandum and Order, he will be granted an extension of time to respond.  Plaintiff shall respond no later than December 21, 2012.

Mr. Johnson is advised that he has not been granted permission to file documents by electronic means.  See District of Massachusetts Local Rules 5.4 (filing and service by electronic means).  Plaintiff Johnson shall stop contacting the Court by e-mail.  If he wishes to register as a filer in the Court's Electronic Case Filing (ECF) system, he shall review, and

follow, the Court's Case Management/Electronic Case Files Administrative Procedures. See http://www.mad.uscourts.gov/caseinfo/pdf/ECFadminProc.pdf.

    Accordingly, it is hereby ORDERED that:

(1)    The Clerk shall update the docket with Johnson's current address and mail him a copy of the Court's November 2, 2012 Memorandum and Order;

(2)    Plaintiff is granted until December 21, 2012 to respond; and

(3)    Plaintiff shall stop contacting the Court by e-mail.

                                    SO ORDERED.

                                    /s/ Richard G. Stearns
                                  UNITED STATES DISTRICT JUDGE